UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERTA HAYWARD

    Plaintiff

vs.                                     Case No. 3:95-cv-215-J-99

JOANNE BARHART
Commissioner of Social
Security

    Defendant.
_____/

## ORDER

This case is before the Court on the Plaintiff's Motion to Re-evaluate Case Pursuant to 42 U.S.C. § 405(g) (Doc. No. 32, filed 4/13/2005). This Court entered Judgment in this case on April 29, 1997. This Court no longer has jurisdiction to reopen this case. Accordingly, the Motion is **DENIED**. The clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Roberta Hayward, pro se.
AUSA
Garry Randolph, Courtroom Deputy